IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES GOVERNMENT**[*] **and MASON WILSON,** § § § § | |
| Plaintiffs, § | |
| v. § | Civil Action No. **3:14-CV-1300-L** |
| § | |
| **VETERANS ADMINISTRATION,** § § | |
| Defendant. § | |

## ORDER

The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 20, 2014, recommending that this action be dismissed *sua sponte* for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).  No objections to the Report were filed.  Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action pursuant to Federal Rule of Civil Procedure 41(b).  The court's dismissal of this action moots Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 5), filed April 10, 2014.  The court therefore **denies as moot** Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 5).

**It is so ordered** this 9th day of June, 2014.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

---

[*] Mason Wilson, who is proceeding *pro se*, listed the United States Government as a plaintiff in his pleadings when he initiated this action; however, the United States Government is not a party to the case.

**Order – Solo Page**